# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 6D2023-4167
Lower Tribunal No. 2018-CA-002535-O

————————————————

THOMAS P. SCHMITT, and FLORIDA PERSONAL INJURY LAW TEAM, LLC,

Appellants,

v.

FLORIDA INJURY LAW FIRM, P.A.,

Appellee.

————————————————

Appeal from the Circuit Court for Orange County.
John E. Jordan, Judge.

July 14, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and BROWNLEE, JJ., concur.


Chad A. Barr, of Chad Barr Law, Altamonte Springs, for Appellants.

Roy D. Wasson, of Wasson & Associates, Chartered, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED